UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and JOHN
J. VIRGA, in her fiduciary capacity as Director,

And

ROBERT BONANZA, as Business Manager of the
MASON TENDERS DISTRICT COUNCIL OF
GREATER NEW YORK,
                Petitioners,

    -v-

CAC SPECIALTIES, INC.,
                Respondent.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2021

18 **CIVIL** 6561 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 5, 2021, the petition is granted and the arbitration award is confirmed. Judgment is entered in favor of Petitioners in the amount of $29,571.58. This judgment shall accrue post-judgment interest pursuant to § 1961; accordingly, the case is closed.

Dated: New York, New York
       April 5, 2021

                          **RUBY J. KRAJICK**

                          Clerk of Court
      BY:
                          **Deputy Clerk**